UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARON KELLY, ) | |
| ) | NO.  CV-10-0312-LRS |
| Plaintiff, ) | |
| ) | ORDER OF DISMISSAL |
| -vs- ) | |
| ) | |
| SPOKANE AIRPORT BOARD d/b/a ) | |
| SPOKANE INTERNATIONAL AIRPORT, ) | |
| and DALE OLSEN, in his official ) | |
| and personal capacities, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the stipulation of all parties (Ct. Recs. 17, 18[1]) filed April 20, 2011, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

**DATED** this 27th day of April, 2011.

                              s/Lonny R. Suko
                        _____
                              LONNY R. SUKO
                        UNITED STATES DISTRICT JUDGE

---

[1] Ct. Rec. 18 appears to be a duplicate of Ct. Rec. 17.

ORDER - 1